UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARMANDO BERMUDEZ,

                Plaintiff,

v.

SAGINAW POLICE DEPARTMENT,
ET. AL.,

                Defendants.

_____/

Case No. 13-12980

District Judge Nancy G. Edmunds

Magistrate Judge R. Steven Whalen.,

## <u>ORDER REQUIRING RESPONSE TO MOTION</u>

     This court has received Defendants' Motion to Dismiss filed 1/09/14 (D.E. #18).

     **IT IS HEREBY ORDERED** that Plaintiff file a response to Defendants' motion with a brief by **February 28, 2014**  pursuant to Rule 7.1(b) of the United States District Court for the Eastern District of Michigan. Defendants shall have until **March 14, 2014** to file their Reply. Once time has expired for filing, the Defendant's motion will be considered submitted for decision on the briefs without oral argument.

                                 s/R. Steven Whalen
                                 R. STEVEN WHALEN
                                 UNITED STATES MAGISTRATE JUDGE

Dated:  January 14, 2014

---

## CERTIFICATE OF SERVICE

     I hereby certify on January 14, 2014 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed electronically to the following non-registered ECF participate:

Armando Bermudez
204721
EARNEST C. BROOKS CORRECTIONAL FACILITY
2500 S. SHERIDAN DRIVE
MUSKEGON HEIGHTS, MI 49444

                                 s/Michael Williams
                                 Case Manager to
                                 Magistrate Judge R. Steven Whalen
                                 (313) 234-5114