UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARMANDO E. BERMUDEZ, SR.,

    Plaintiff,

v.

SAGINAW POLICE DEPARTMENT, ET AL.,

    Defendants.
_____/

Case No. 13-12980

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [23] AND GRANTING DEFENDANTS' MOTION TO DISMISS [18]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [ECF No. 23]. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation,[1] the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. Defendants' motion to dismiss is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

    SO ORDERED.

    S/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: August 5, 2014

---

[1] No timely objections were filed.

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 5, 2014, by electronic and/or ordinary mail.

        S/Carol J. Bethel
        Case Manager